**Order entered July 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00418-CV

## IN RE JOHN LANIER BURNS, JR., M.D., ET AL, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15866**

### ORDER

Before the Court is relators' July 9, 2021 unopposed motion to set a July 23, 2021 deadline for their reply in support of the petition for writ of mandamus. We **GRANT** the motion, and the reply shall be filed by **July 23, 2021**.

/s/  DENNISE GARCIA
JUSTICE